CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
4/29/19
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**ALLIN RICHARDSON,**
    **Plaintiff,**

v.                                         Civil Action No. 5:19cv00034
                                                  **JURY TRIAL DEMANDED**

**JOSEPH WILLIAM HITE PEARCE,**
Serve:
    835 8th Street
    Whitefish, MT 59937-2805
and

**CLIMATE RIDE, INC.,**
Serve:
    Caeli Quinn, Registered Agent
    659 9th Street W
    Whitefish, MT 59937

and

**CLIMATE RIDE, LLC,**
Serve:
    Caeli Quinn, Registered Agent
    111 N. Higgins Avenue
    Suite 415
    Missoula, MT 59802

    **Defendants.**

## COMPLAINT

Plaintiff Allin Richardson, by counsel, moves this Court for judgment against Defendants Joseph William Hite Pearce ("Pearce") Climate Ride, Inc. ("CR, Inc."), and Climate Ride, LLC ("CR, LLC"), (collectively, "the Climate Ride Defendants"), in support of his Complaint, states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, as the matter in controversy

exceeds $75,000.00 and there is diversity of citizenship.

2. Mr. Richardson is a resident of Oshawa, Canada.

3. Pearce is a resident of Whitefish, Montana.

4. CR, Inc. is a Montana corporation with a principal place of business in Whitefish, Montana.

5. CR, LLC is a Montana limited liability company with a principal place of business in Missoula, Montana.

6. At all times relevant to this action, Defendant Pearce was an employee or agent of Defendant CR, Inc. and was acting within the scope of his employment with his said employer or principal.

7. At all times relevant to this action, Defendant Pearce was an employee or agent of Defendant CR, LLC, and was acting within the scope of his employment with his said employer or principal.

8. At all times relevant hereto, the Climate Ride Defendants acted through their employees or agents who were acting within the scope of their employment or agency with the Climate Ride Defendants.

9. On September 23, 2017, Mr. Richardson was traveling southbound on I-81 at or near its intersection with Route 211 in Shenandoah County, Virginia.

10. At the same time and place, Defendant Pearce was operating a 2016 Ford commercial truck with a gross vehicle weight rating greater than 10,000lbs., ("the truck").

11. The truck was rented from Penske Truck Leasing by "Climate Ride."

12. At the same time and place, Defendant Pearce was traveling southbound on I-81 at or near its intersection with Route 211 in Shenandoah County, Virginia.

13. At the same time and place, Defendant Pearce caused the truck to rear-end Mr. Richardson's vehicle in Mr. Richardson's lane of travel.

14. At all times relevant, Defendant Pearce owed the duties to use ordinary care in the operation of his vehicle; to follow the speed limit; to operate at a safe distance for the conditions; to keep the vehicle under proper control; to follow the traffic ahead at a safe distance; and to keep a proper lookout. Defendant breached these duties and was negligent.

15. The Climate Ride Defendants are liable for Defendant Pearce's negligence committed in the course and scope of his agency and/or employment with the Climate Ride Defendants under the principle of *respondeat superior*.

16. As a direct and proximate result of the negligent actions and omissions of Defendant Pearce, for which the Climate Ride Defendants are vicariously liable, Mr. Richardson suffered the following damages: severe and permanent bodily injuries; physical pain and mental anguish, past, present, and that which he may be reasonably expected to suffer in the future; inconvenience, past, present, and that which he may be reasonably expected to suffer in the future; medical expenses, past, present, and that which he may be reasonably expected to suffer in the future; and has otherwise been damaged.

WHEREFORE, Mr. Richardson prays for judgement and an award of execution, against the Defendants, William Hite Joseph Pearce, Climate Ride, Inc., and Climate Ride, LLC, in the sum of SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($500,000.00) for compensatory damages, together with all applicable interest, costs, and attorneys' fees.

**TRIAL BY JURY IS DEMANDED.**

ALLIN RICHARDSON


By:   s/ Michael G. Phelan
Michael G. Phelan, Esq. (VSB No. 29725)
Breanna N. West, Es. (VSB No. 89662)
PHELAN PETTY, PLC
6641 West Broad Street
Suite 406
Richmond, VA 23230
Telephone: (804) 980-7100
Facsimile: (804) 767-4601
mphelan@phelanpetty.com
bwest@phelanpetty.com
*Counsel for Plaintiff*